**91–2176.** State v. Buell. *Cuyahoga County*, No. 57197. Reported at 62 Ohio St.3d 1508, 583 N.E.2d 1320. On motion for rehearing. Rehearing denied.

MOYER, C.J., WRIGHT and H. BROWN, JJ., dissent.

**91–2203.** State v. Bedford. *Hamilton County*, No. C–900412. Reported at 62 Ohio St.3d 1508, 583 N.E.2d 1320. On motion for rehearing. Rehearing denied.

**91–2299.** State v. Frost. *Franklin County*, No. 90AP–1245. Reported at 62 Ohio St.3d 1506, 583 N.E.2d 1318. On motion for rehearing. Rehearing denied.

**91–2312.** State v. Elson. *Lucas County*, No. L–91–129. Reported at 62 Ohio St.3d 1510, 584 N.E.2d 743. On motion for rehearing. Rehearing denied.